# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT PINES, *et ano.*, <br><br> Plaintiffs, <br><br> v. <br><br> SARAH DAVIS, *et al.*, <br><br> Defendants. | Civil Action No.: 15-204 (JLL) <br><br> **ORDER** |

This matter comes before the Court by way of *pro se* Plaintiff Robert Pines' May 9, 2018 oral request to voluntarily dismiss his claims against all Defendants. (ECF No. 67 at 1). On May 10, 2018, Magistrate Judge Joseph A. Dickson, U.S.M.J. filed a Report and Recommendation recommending that this Court dismiss Plaintiff Pines' claims without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. (Id. at 4). Judge Dickson also explained that any objection to said Report and Recommendation were to be filed within fourteen days of same – *i.e.*, on or before May 24, 2018. (Id. at n. 1). The time for objections has since lapsed. Therefore,

**IT IS** on this ___30th___ day of May, 2018,

**ORDERED** that the Court hereby adopts Judge Dickson's Report and Recommendation dated May 10, 2018 (ECF No. 67); and it is further

**ORDERED** that only Plaintiff Robert Pines' claims are hereby DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

_____
JOSE L. LINARES
Chief Judge, United States District Court